Rain, Harvard et al. v. Savage and Haile.

RAIN, HARVARD AND OTHERS, APPELANTS, vs. SAVAGE AND HAILE, RESPONDENTS.

Appeal from the Circuit Court for Alachua county, Fifth Judicial Circuit.

This is a motion to dismiss the appeal. The grounds for

Bowen v. Darby.

the motion, so far as they are considered by the court, are stated in the opinion.

*McDonnell & Finley* for Appellants.

*J. B. Dawkins* for Respondents.

RANDALL, C. J., delivered the opinion of the court.

The appellants, who were plaintiffs in the court below, have appealed to this court as from a judgment against them. On inspection of the return it does not appear that any judgment was entered upon the verdict of the jury who tried the cause, (it being an action to recover money,) and therefore there was nothing to appeal from.

The respondent moves to dismiss the appeal on the ground, among others, that there are no exceptions, or case with exceptions settled and signed by the Judge.

For these reasons the appeal must be dismissed, with ten dollars costs of motion to the respondents.